# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JASON DAVID TUCKER,

    **Plaintiff,**

v.                                                             Case No. 1:24-cv-8-AW-ZCB

MARTHA ALLISON HUNNICUTT,

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 5), to which there has been no objection, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on April 9, 2024.

                                                          s/ *Allen Winsor*
                                                          United States District Judge